**Order filed December 3, 2020.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00546-CV
_____

**DI ANGELO PUBLICATIONS, INC., Appellant**

**V.**

**JENTRY KELLY, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2018-80674-B**

# O R D E R

Appellant's brief was due November 25, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 28, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.